UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| | : | ~~MJ24-6004(JTQ)~~ MJ24-6016(JTQ) |
| v. | : | |
| | : | 21-cr-00196 (AJS) (W.D. Pa.) |
| CASSANDRA HOLDSWORTH | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Richard G. Shephard, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3148 to detain defendant Cassandra Holdsworth in matter 21-cr-00196 (AJS) pending in the United States District Court for the Western District of Pennsylvania; and defendant Cassandra Holdsworth (through counsel, Saverio Viggiano, Assistant Federal Public Defender, appearing), having opposed the motion; and the Court conducted a detention hearing pursuant to Title 18, United States Code, Section 3148 and found that, upon consideration of the factors set forth in Title 18, United States Code, Section 3142(g) no condition or combination of conditions will reasonably assure the appearance of defendant Cassandra Holdsworth as required and the safety of any other person and the community; and for good cause shown:

IT IS, therefore, on October 16, 2024,

ORDERED, pursuant to Title 18, United States Code, Section 3148, that defendant Cassandra Holdsworth be detained, and that she be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED, that the Attorney General or his authorized representative, including the United States Marshal Service, transport defendant Cassandra Holdsworth from New Jersey to Pennsylvania in a reasonably expedited manner, which may include the use of ground transportation, to facilitate her attendance at her currently scheduled hearing in the United States District Court for the Western District of Pennsylvania on October 23, 2024; and it is further

ORDERED that such detention be without prejudice to defendant Cassandra Holdsworth's right to seek pretrial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Cassandra Holdsworth be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Cassandra Holdsworth shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

 

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE