**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**JUSTIN T. QUINN**<br>**UNITED STATES MAGISTRATE JUDGE** | **CLARKSON S. FISHER FEDERAL**<br>**BUILDING & U.S. COURTHOUSE**<br>**402 EAST STATE STREET**<br>**TRENTON, N.J. 08608**<br>**609-989-2144** |

November 4, 2024

## LETTER ORDER

Re:  *United States v. Holdsworth,*
     Docket No. 24-mj-6016 (JTQ)

Dear counsel:

There was an error with the docket number the Court provided during the recent hearing. The Court announced that the docket number was 24-mj-6004. That was incorrect. The correct number is 24-6016. This is the number the matter will be opened under and the number to be used for all future filings.

SO ORDERED.

s/ Justin T. Quinn
**Hon. Justin T. Quinn, U.S.M.J.**